UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
ZIESMER, JOHN D.                    §    Case No. 09-01360
ZIESMER, LINDA                      §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S ~~FINAL~~ AMENDED REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF COURT
   219 S. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/15/2013 in Courtroom 4016,
   DuPage Judicial Center
   505 N. County Farm Road
   Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/07/2012                  By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZIESMER, JOHN D. § Case No. 09-01360
ZIESMER, LINDA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,013.73 |
| and approved disbursements of | $ | 128.17 |
| leaving a balance on hand of[1] | $ | 23,885.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,151.37 | $ 0.00 | $ 3,151.37 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 40.48 | $ 0.00 | $ 40.48 |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| Other: International Sureties | $ 18.25 | $ 18.25 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,766.85 |
| Remaining Balance | $ 17,557.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,295,316.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DISCOVER BANK | $ 4,135.77 | $ 0.00 | $ 56.06 |
| 000003 | DISCOVER BANK | $ 10,084.18 | $ 0.00 | $ 136.69 |
| 000004 | Chase Bank USA NA | $ 8,598.45 | $ 0.00 | $ 116.55 |
| 000005 | Chase Bank USA NA | $ 13,404.03 | $ 0.00 | $ 181.69 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 15,641.22 | $ 0.00 | $ 212.01 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 15,489.07 | $ 0.00 | $ 209.95 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 174.84 | $ 0.00 | $ 2.37 |
| 000009 | Chase Bank USA NA | $ 10,825.04 | $ 0.00 | $ 146.73 |
| 000010 | Chase Bank USA NA | $ 12,292.46 | $ 0.00 | $ 166.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Chase Bank USA NA | $ 9,810.45 | $ 0.00 | $ 132.98 |
| 000012 | PRA Receivables Management, LLC | $ 6,001.12 | $ 0.00 | $ 81.34 |
| 000013 | State Farm Bank | $ 17,495.81 | $ 0.00 | $ 237.15 |
| 000014 | American Express Centurion Bank | $ 1,834.69 | $ 0.00 | $ 24.87 |
| 000015 | American Express Centurion Bank | $ 8,080.36 | $ 0.00 | $ 109.53 |
| 000016 | American Express Centurion Bank | $ 29,389.34 | $ 0.00 | $ 398.37 |
| 000017 | First National Bank of Omaha | $ 14,417.36 | $ 0.00 | $ 195.42 |
| 000018 | U.S. Bank N.A. | $ 24,457.28 | $ 0.00 | $ 331.51 |
| 000019 | U.S. Bank N.A. | $ 29,937.17 | $ 0.00 | $ 405.79 |
| 000020 | U.S. Bank N.A. | $ 19,690.15 | $ 0.00 | $ 266.90 |
| 000021 | Fia Card Services, NA/Bank of America | $ 20,823.51 | $ 0.00 | $ 282.26 |
| 000022 | Fia Card Services, NA/Bank of America | $ 11,649.64 | $ 0.00 | $ 157.91 |
| 000023 | Fia Card Services, NA/Bank of America | $ 18,258.04 | $ 0.00 | $ 247.48 |
| 000024 | Fia Card Services, NA/Bank of America | $ 5,167.41 | $ 0.00 | $ 70.04 |
| 000025 | Fia Card Services, NA/Bank of America | $ 6,995.76 | $ 0.00 | $ 94.83 |
| 000026 | Fia Card Services, NA/Bank of America | $ 19,819.29 | $ 0.00 | $ 268.65 |
| 000027 | Fia Card Services, NA/Bank of America | $ 2,540.23 | $ 0.00 | $ 34.43 |
| 000028 | Fia Card Services, NA/Bank of America | $ 8,340.25 | $ 0.00 | $ 113.05 |
| 000029 | Fia Card Services, NA/Bank of America | $ 544.19 | $ 0.00 | $ 7.38 |
| 000030 | Fia Card Services, NA/Bank of America | $ 19,841.79 | $ 0.00 | $ 268.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | Fia Card Services, NA/Bank of America | $ 2,928.75 | $ 0.00 | $ 39.70 |
| 000032 | Fia Card Services, NA/Bank of America | $ 10,175.03 | $ 0.00 | $ 137.92 |
| 000033 | The Private Bank and Trust Company | $ 868,498.26 | $ 0.00 | $ 11,772.30 |
| 35 | Grubb & Ellis Co | $ 47,975.55 | $ 0.00 | $ 650.29 |

Total to be paid to timely general unsecured creditors        $            17,557.72

Remaining Balance                                            $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 225,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Synergy Fund | $ 225,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors        $                 0.00

Remaining Balance                                            $                 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                              Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-01360-DRC
John D. Ziesmer                                                         Chapter 7
Linda Ziesmer
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine              Page 1 of 4              Date Rcvd: May 10, 2012
                              Form ID: pdf006             Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2012.
```
db/jdb     +John D. Ziesmer,    Linda Ziesmer,    635 South Grant Street,    Hinsdale, IL 60521-4453
aty        +The Helms Law Firm,    The Helms Law Firm,    3400 W Lawrence Ave,    Chicago, Il 60625-5104
13054479    AT&T Universal Card,    PO Box 44167,    Jacksonville, FL 32231-4167
13492220   +American Chartered Bank,    Attn: Bob Szyman,    388 S. Main St.,    Bartlett, IL 60103-4423
13694098   +American Chartered Bank,    39 South LaSalle St., Suite 1105,    Chicago, IL 60603-1720
13054476    American Express Blue Card,    PO Box 981535,    El Paso, TX 79998-1535
13054477    American Express Card,    PO Box 981535,    El Paso, TX 79998-1535
15068731    American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15061320    American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
             Malvern, PA 19355-0701
13054478    American Express Optima Card,    PO Box 981535,    El Paso, TX 79998-1535
13054481   +Big Pine Exploration LP,    635 S. Grant Street,    Hinsdale, IL 60521-4453
13054482   +Brad Rendell,    Wren Power Products, LLC,    3621 West Devon,    Chicago, IL 60659-1207
13054483    Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13054484    Chase Bank Line,    PO Box 15298,    Wilmington, DE 19850-5298
15041949    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13054485    Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13054486    Chris Remele,    555 North Sheridan Road,    Suite 1216,    Chicago, IL 60640
13054487    Citi Visa Card,    PO Box 6000,    The Lakes, NV 89163-6000
13054488    Citibank Ready Bank,    Po Box 769006,    San Antonio, TX 78245-9006
13054490   +DW Investments,    c/o James W. DeYoung,    One Franklin St., Suite 350,    Chicago, IL 60606-3423
13054489   +David J. Gelfand,    200 South Wacker Drive, Suite 700,    Chicago, IL 60606-5915
13054491   +Denton Gladiola, L.L.C.,    1235 Shermer Road,    Northbrook, IL 60062-4540
13054492   +Devonian Partners LLC,    4711 Golf Road,    Skokie, IL 60076-1224
13054494   +Dodge Commodities, L.L.C.,    c/o Bob Horne,    162 Fuller Lane,    Winnetka, IL 60093-4213
13054495   +Donald J. Nolan,    10 Woodley Road,    Winnetka, IL 60093-3735
13054497   +Duane Morris,    190 South LaSalle St.,    Suite 3700,    Chicago, IL 60603-3433
13054499    First National Bank Of Omaha Card,    PO Box 2557,    Omaha, NE 68103-2557
15361023   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
13492221    GM Card By HSBC,    P O Box 80082,    Salinas, CA 93912-0082
13054500   +Glad Devonian LLC,    c/o Larry Krueger,    629 Green Bay Road, Suite 203,
             Wilmette, IL 60091-2569
13054502   +Greens400, L.L.C.,    1782 Cloverdale Ave.,    Highland Park, IL 60035-2104
13054503   +Greg Rasmussen,    550 W. Texas Ave., Suite 200,    Midland, TX 79701-4257
18276120   +Grubb & Ellis Company,    a Delaware Corp,    Timothy S Plum Esq,    1551 North Tustin Ave Ste 300,
             Santa Ana CA 92705-8638
13054504   +Hal J. Rasmussen,    550 W. Texas Ave., Suite 200,    Midland, TX 79701-4257
13054506   +Howard Bedford,    20 Indian Hill Road,    Winnetka, IL 60093-3941
13054507   +James M Sheridan,    7158 N. McAlpin Ave.,    Chicago, IL 60646-1220
13054508   +James M. Atkinson,    4509 Cloudview Road,    Fort Worth, TX 76109-3323
13054509    Jim Berardi,    2006 Malory,    Highland Park, IL 60035
13054510   +Jim Lyman,    JJ Lyman, LLC,    808 Mount Pleasant,    Winnetka, IL 60093-3863
13054511   +Jim Murphy,    MMOD, LLC,    286 Ridge Ave.,    Winnetka, IL 60093-3855
13054512   +Joan Shields,    774 Shoreline Road,    Barrington, IL 60010-7387
13054513   +Joe Reinert,    854 Prospect Ave.,    Winnetka, IL 60093-1945
13054514   +John Perkaus,    610 Ridge Road,    Winnetka, IL 60093-3927
13054515   +Johnson Miller,    550 West Texas Ave.,    Suite 1000,    Midland, TX 79701-4245
13054516   +Joseph A. Mirro,    Mirro Construction,    1425 West Fullerton,    Chicago, IL 60614-2011
13054517   +LJK Investments, L.L.C.,    c/o Lawrence J. Krueger,    772 Boal Parkway,
             Winnetka, IL 60093-1306
13054518   +Lucian T. Baldwin, III,    192 County Road 550,    Marquette, MI 49855-9723
13054519   +Marcus A. Rothlin,    175 Dewindt Road,    Winnetka, IL 60093-3708
13054520   +Margaret D. Bedford 2005,    Family Trust II,    20 Indian Hill Road,    Winnetka, IL 60093-3941
13054521   +Margaret D. Bedford 2005,    Family Trust III,    20 Indian Hill Road,    Winnetka, IL 60093-3941
13054522   +Margaret D. Bedford 2005,    Family Trust IV,    20 Indian Hill Road,    Winnetka, IL 60093-3941
13054523   +Margaret D. Bedford 2005,    Family Trust V,    20 Indian Hill Road,    Winnetka, IL 60093-3941
13054524   +Mark Madigan,    760 Foxdale,    Winnetka, IL 60093-1908
13054525   +Michael P. Jobe,    550 W. Texas Ave., Suite 200,    Midland, TX 79701-4257
13054526   +Michael Sheridan,    350 N. LaSalle St., Suite900,    Chicago, IL 60654-5136
13054527   +Mid Chicago Investors LLC,    635 S. Grant Street,    Hinsdale, IL 60521-4453
13054528   +Mike Atkinson,    4509 Cloudview Road,    Fort Worth, TX 76109-3323
13054529   +Mr. Bill Deevy,    Deevy Oil Investments, LLC,    26060 West Scott Road,
             Barrington, IL 60010-5918
13054531   +Mr. Dale Visokey,    64 Woodley Road,    Winnetka, IL 60093-3747
13054532   +Mr. Dave Hoffmann,    DHG Investments, LLC, DHR Int.,    10 S. Riverside Plaza, Suite 2200,
             Chicago, IL 60606-3700
13054533   +Mr. Greg Shields,    Lake Barrington Shores,    566 Shoreline Road,    Barrington, IL 60010-3883
13054534   +Mr. Howard Bedford,    20 Indian Hill,    Winnetka, IL 60093-3941
13054535   +Mr. John P. Ver Bockel,    100 Meadow Lane,    Winnetka, IL 60093-3831
13054536    Mr. Michael Nylander,    76 Summit Road,    Thomaston, CT 06787
13054537   +Mr. Patrick Hennelly,    2217 Cottonwood Drive,    Glenview, IL 60026-7770
13054538    Mr. Steve Levitas,    3104 Payne Street,    Evanston, IL 60201
13054540   +Mr. Tim Foley,    Crude Future, LLC,    165 DeWindt,    Winnetka, IL 60093-3708
```

```
District/off: 0752-1           User: mjerdine              Page 2 of 4                   Date Rcvd: May 10, 2012
                               Form ID: pdf006             Total Noticed: 90


13054541     +Mr. Tom Valenti,    Valenti Oil Investments, LLC,    350 North LaSalle Street, Suite 900,
               Chicago, IL 60654-5136
13054542      National City Bank Visa,    PO Box 856176,    Louisville, KY 40285-6176
15048466     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,     HSBC BANK NEVAD, NA,
               c/o Gm,    POB 41067,    NORFOLK VA 23541-1067
13054543     +Private Bank,    100 Green Bay Road,    Winnetka, IL 60093-4007
13054544     +Robert B. Chodos,    2311 Pebble Fork Lane,    Winnetka, IL 60093-2710
15052198      State Farm Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
13054545      State Farm Bank Card,    PO Box 23025,    Columbus, GA 31902-3025
13054546     +Steve Pearlman,    350 N. LaSalle St., Suite 900,    Chicago, IL 60654-5136
13054547     +Synergy Fund,    Synergy Private Capital Fund,    600 Green Bay Road,    Kenilworth, IL 60043-1052
15448101      The Private Bank and Trust Company,    Frnacis J Pendergast,lll Esquire,    c/o Crowley & Lumb, P.C,
               330 N. LaSalle Street Suite 900,    Chicago, IL  60654
15448011     +The Private Bank and Trust Company,    70 W. Madison,    Suite 200,   Chicago, IL 60602-4218
13054548     +Tim F. Foley,    165 Dewindt Road,    Winnetka, IL 60093-3708
15392249    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
13054549      US Bank Card,    PO Box 6352,    Fargo, ND 58125-6352
13054550      US Bank Line,    PO Box 6352,    Fargo, ND 58125-6352
13054551     +Valenti Investments, L.L.C.,    c/o Thomas P. Valenti,    350 N. LaSalle St., Suite 900,
               Chicago, IL 60654-5136
13054552      Wells Fargo Financial Card,    PO BOx 5943,    Sioux Falls, SD 57117-5943
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14989004      E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2012 07:19:32      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13054493      E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2012 07:19:32      Discover Card,    PO Box 30943,
               Salt Lake City, UT 84130
15425615      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2012 07:29:18
               Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13054501      E-mail/Text: ally@ebn.phinsolutions.com May 11 2012 07:06:26      GMAC,    PO Box 9001952,
               Louisville, KY 40290-1952
13054505     +E-mail/Text: pgray@hinsdalebank.com May 11 2012 06:57:46      Hinsdale Bank,    25 E. First St.,
               Hinsdale, IL 60521-4119
15045048     +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 06:18:51
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15061321*     American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
13054480    ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
13054490   ##+Deborah McClain,    571 Hill Terrace Road,    Winnetka, IL 60093-4014
13054496   ##+Doug & Ann Morris,    631 South Grant St.,    Hinsdale, IL 60521-4453
13054530   ##+Mr. Charles N. Piermarini,    320 Abbotsford Road,    Kenilworth, IL 60043-1105
13054539   ##+Mr. Thomas C. Spielberger,    45 Old Green Bay Road,    Winnetka, IL 60093-1510
                                                                                   TOTALS: 0, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mjerdine              Page 3 of 4              Date Rcvd: May 10, 2012
                              Form ID: pdf006             Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2012**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mjerdine             Page 4 of 4            Date Rcvd: May 10, 2012
                              Form ID: pdf006            Total Noticed: 90

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2012 at the address(es) listed below:
              Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
              Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              David L Freidberg    on behalf of Plaintiff  State Farm Bank, FSB dfreidberg@freidberglaw.com
              Francis J. Pendergast    on behalf of Creditor   The Private Bank and Trust Company
               fpendergast@crowleylamb.com
              Frank R. Martin    on behalf of Creditor   Hinsdale Bank & Trust Company fmartin@rmclaw.net
              James M. Crowley    on behalf of Creditor   The Private Bank and Trust Company
               jcrowley@crowleylamb.com
              Jeffrey C Dan    on behalf of Debtor John Ziesmer jdan@craneheyman.com,
               gbalderas@craneheyman.com;dwelch@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor   American Chartered Bank dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 9
```