UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| ZIESMER, JOHN D. | § | Case No. 09-01360 |
| ZIESMER, LINDA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC |  |  |  |  |  |
|  | Hinsdale Bank |  |  |  |  |  |
|  | Private Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| THE HELMS LAW FIRM P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card | | | | | |
| | Big Pine Exploration LLC | | | | | |
| | Bill Deevy | | | | | |
| | Brad Rendell | | | | | |
| | CB Richard Ellis | | | | | |
| | Capital One | | | | | |
| | Capital One | | | | | |
| | Charles N. Piermarini | | | | | |
| | Chase Bank Line | | | | | |
| | Chris Remele | | | | | |
| | DW Investments | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dale Visokey | | | | | |
| | Dave Hoffmann | | | | | |
| | David J. Gelfand | | | | | |
| | Deborah McClain | | | | | |
| | Denton Gladiola LLC | | | | | |
| | Devonian Partners LLC | | | | | |
| | Discover Card | | | | | |
| | Duane Morris | | | | | |
| | Duane Morris | | | | | |
| | Glad Devonian LLC | | | | | |
| | Greens 400 LLC | | | | | |
| | Greg Rasmussen | | | | | |
| | Greg Shields | | | | | |
| | Hal J. Rasmussen | | | | | |
| | Howard Bedford | | | | | |
| | Howard Bedford | | | | | |
| | James M. Atkinson | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James M. Sheridan | | | | | |
| | Jim Berardii | | | | | |
| | Jim Lyman | | | | | |
| | Jim Murphy | | | | | |
| | Joan Shields | | | | | |
| | Joe Reinert | | | | | |
| | John P. BerBockel | | | | | |
| | John Perkaus | | | | | |
| | Johnson Miller | | | | | |
| | Joseph Mirro | | | | | |
| | LJK Investments LLC | | | | | |
| | Lucian T. Baldwin III | | | | | |
| | Marcus A. Rothlin | | | | | |
| | Margaret D. Bedford 2500 Family Trust II-V | | | | | |
| | Mark Madigan | | | | | |
| | Michael Nylander | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael P. Joba | | | | | |
| | Michael Sheridan | | | | | |
| | Mid Chicago Investors LLC | | | | | |
| | Mike Atkinson | | | | | |
| | National City Bank Visa | | | | | |
| | Patrick Hennelly | | | | | |
| | Robert B. Chodos | | | | | |
| | Steve Levitas | | | | | |
| | Steve Pearlman | | | | | |
| | Synergy Fund | | | | | |
| | Thomas C. Spielberger | | | | | |
| | Tim F. Foley | | | | | |
| | Tim Foley | | | | | |
| | Tom Valenti | | | | | |
| | Valenti Investments LLC | | | | | |
| | Wells Fargo Financial Card | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000016 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000009 | CHASE BANK USA NA | | | | | |
| 000010 | CHASE BANK USA NA | | | | | |
| 000011 | CHASE BANK USA NA | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000023 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000025 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000026 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000027 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000028 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000029 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000030 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000031 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000032 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000017 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 35 | GRUBB & ELLIS CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000013 | STATE FARM BANK | | | | | |
| 000033 | THE PRIVATE BANK AND TRUST COMPANY | | | | | |
| 000018 | U.S. BANK N.A. | | | | | |
| 000019 | U.S. BANK N.A. | | | | | |
| 000020 | U.S. BANK N.A. | | | | | |
| 000034 | SYNERGY FUND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 09-01360 Doc 77 Filed 09/10/12 Entered 09/10/12 11:12:25 Desc Main
Document Page 12 of 20

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-01360 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Date Filed (f) or Converted (c): | 01/19/09 (f) |
| | ZIESMER, LINDA | | 341(a) Meeting Date: | 02/17/09 |
| For Period Ending: | 08/17/12 | | Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Jewelry | 54,700.00 | 0.00 | | 0.00 | FA |
| 2. 2004 Jaguar      sale includes both sale of Jaguar and jewelry | 22,500.00 | 0.00 | | 24,000.00 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.99 | Unknown |
| 4. 635 S. Grant, Hinsdale IL | 950,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 631 S. Grant St. Hinsdale IL | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 6. CASH ON HAND | 5,820.00 | 0.00 | DA | 0.00 | FA |
| 7. Hinsdale Bank | 1.00 | 0.00 | DA | 0.00 | FA |
| 8. A2Z2 checking account | 1.00 | 0.00 | DA | 0.00 | FA |
| 9. Private Bank checking account | 120.00 | 0.00 | DA | 0.00 | FA |
| 10. American Chartered Bank checking account | 390.00 | 0.00 | DA | 0.00 | FA |
| 11. Chase Bank checking | 130.00 | 0.00 | DA | 0.00 | FA |
| 12. HInskdale Bank 2008 Insur Trust | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Scudder Money market | 370.00 | 0.00 | DA | 0.00 | FA |
| 14. Alliant Credit Union | 200.00 | 200.00 | DA | 0.00 | FA |
| 15. Private Bank Reserve Account | 37,867.00 | 0.00 | DA | 0.00 | FA |
| 16. American Chartered Bank cd | 15,900.00 | 0.00 | DA | 0.00 | FA |
| 17. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 18. BOOKS AND ART OBJECTS | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 19. Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 20. FIREARMS AND HOBBY EQUIPMENT | 400.00 | 400.00 | DA | 0.00 | FA |
| 21. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. PENSION PLANS AND PROFIT SHARING | 639,300.00 | 0.00 | DA | 0.00 | FA |
| 23. Synergy Investment Fund | Unknown | 0.00 | DA | 0.00 | FA |
| 24. Devonian Partners LLC | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 25. 2008 tax refund | Unknown | 0.00 | DA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-01360 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Date Filed (f) or Converted (c): | 01/19/09 (f) |
| | ZIESMER, LINDA | | 341(a) Meeting Date: | 02/17/09 |
| | | | Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 2004 Chevy Blazer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 27. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 28. 2004 Aprilla Moped | Unknown | 0.00 | DA | 0.00 | FA |
| 29. 2007 Cadillac Escalade (leased) | Unknown | 0.00 | DA | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,592,199.00 | $8,100.00 | $24,013.99 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST

Initial Projected Date of Final Report (TFR): 12/30/10    Current Projected Date of Final Report (TFR): 09/30/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-01360 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZIESMER, LINDA | | Account Number / CD #: | *******7857 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0695 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/28/09 | | John ziesmer | liquidation of jewelry and Juaguar | 24,000.00 | | | | | 24,000.00 |
| 07/28/09 | 2 | Asset Sales Memo: | 2004 Jaguar $24,000.00 | | | | | | 24,000.00 |
| 08/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.55 | | | | 24,000.55 |
| 09/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.59 | | | | 24,001.14 |
| 10/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 24,001.74 |
| 11/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 24,002.34 |
| 12/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.61 | | | | 24,002.95 |
| 01/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 24,003.55 |
| 02/26/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.55 | | | | 24,004.10 |
| 03/06/10 | 000101 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 20.38 | | | 23,983.72 |
| 03/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.62 | | | | 23,984.34 |
| 04/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.59 | | | | 23,984.93 |
| 05/28/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 23,985.53 |
| 06/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 23,986.13 |
| 07/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 23,986.73 |
| 08/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.62 | | | | 23,987.35 |
| 09/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.59 | | | | 23,987.94 |
| 10/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 23,988.54 |
| 11/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.60 | | | | 23,989.14 |
| 12/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.61 | | | | 23,989.75 |
| 01/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.61 | | | | 23,990.36 |
| 02/19/11 | 000102 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 18.25 | | | 23,972.11 |
| 02/28/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 23,972.29 |
| 03/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.20 | | | | 23,972.49 |
| 04/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 23,972.68 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 16.06b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-01360 -SQU | |
| Case Name: | ZIESMER, JOHN D. | |
| | ZIESMER, LINDA | |
| Taxpayer ID No: | *******0695 | |
| For Period Ending: | 08/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******7857  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.21 | | | | 23,972.89 |
| 06/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,973.09 |
| 07/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,973.29 |
| 08/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.21 | | | | 23,973.50 |
| 09/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,973.70 |
| 10/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,973.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -30.54 | | 23,943.36 |
| 11/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,943.56 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -29.52 | | 23,914.04 |
| 12/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,914.24 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -29.48 | | 23,884.76 |
| 01/31/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.21 | | | | 23,884.97 |
| 02/29/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.19 | | | | 23,885.16 |
| 03/30/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,885.36 |
| 04/30/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,885.56 |
| 05/31/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.20 | | | | 23,885.76 |
| 06/11/12 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.06 | | | | 23,885.82 |
| 06/11/12 | | Transfer to Acct #*******8594 | Final Posting Transfer | | | | | -23,885.82 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Account *******7857 | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 24,000.00 | 2 Checks | 38.63 |
| | 35 | Interest Postings | 13.99 | 3 Adjustments Out | 89.54 |
| | | | | 1 Transfers Out | 23,885.82 |
| | | Subtotal | $ 24,013.99 | | |
| | | | | Total | $ 24,013.99 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 24,013.99 | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 16.06b

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-01360 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZIESMER, LINDA | | Account Number / CD #: | *******8594  Checking - Non Interest |
| Taxpayer ID No: | *******0695 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/11/12 | | Transfer from Acct #*******7857 | Transfer In From MMA Account | | | | | 23,885.82 | 23,885.82 |
| 06/18/12 | 001001 | Brenda Porter Helms | trustee compensation | | | 3,151.33 | | | 20,734.49 |
| 06/18/12 | 001002 | Brenda Porter Helms | | | | 40.48 | | | 20,694.01 |
| 06/18/12 | 001003 | The Helms Law Firm PC | | | | 1,575.00 | | | 19,119.01 |
| 06/18/12 | 001004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | | | | 61.04 | | | 19,057.97 |
| 06/18/12 | 001005 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final Distribution | | | 148.84 | | | 18,909.13 |
| 06/18/12 | 001006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | | | | 126.92 | | | 18,782.21 |
| 06/18/12 | 001007 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 197.84 | | | 18,584.37 |
| 06/18/12 | 001008 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | | | 230.87 | | | 18,353.50 |
| 06/18/12 | 001009 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | | | 228.62 | | | 18,124.88 |
| 06/18/12 | 001010 | PYOD LLC its successors and assigns as assignee of | Final Distribution | | | 2.58 | | | 18,122.30 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 09-01360 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZIESMER, LINDA | | Account Number / CD #: | *******8594 Checking - Non Interest |
| Taxpayer ID No: | *******0695 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/18/12 | 001011 | Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 159.78 | | | 17,962.52 |
| 06/18/12 | 001012 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 181.44 | | | 17,781.08 |
| 06/18/12 | 001013 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 144.80 | | | 17,636.28 |
| 06/18/12 | 001014 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>HSBC BANK NEVAD, NA<br>c/o Gm<br>POB 41067<br>NORFOLK VA 23541 | Final Distribution<br>correct creditor name filer notified MJ | | | 88.58 | | | 17,547.70 |
| 06/18/12 | 001015 | State Farm Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>Modified on 02/05/2010 to correct creditor name<br>filer notified MJ | | | 258.24 | | | 17,289.46 |
| 06/18/12 | 001016 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>Modified on 02/10/2010 to correct creditor name<br>filer notified MJ | | | 27.08 | | | 17,262.38 |
| 06/18/12 | 001017 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>Modified on 02/10/2010 to correct creditor name<br>filer notified MJ | | | 119.27 | | | 17,143.11 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 16.06b

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-01360 -SQU |
| Case Name: | ZIESMER, JOHN D. |
| | ZIESMER, LINDA |
| Taxpayer ID No: | *******0695 |
| For Period Ending: | 08/17/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******8594  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/18/12 | 001018 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution | | | 433.79 | | | 16,709.32 |
| 06/18/12 | 001019 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Final Distribution | | | 212.80 | | | 16,496.52 |
| 06/18/12 | 001020 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Final Distribution | | | 360.99 | | | 16,135.53 |
| 06/18/12 | 001021 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Final Distribution | | | 441.88 | | | 15,693.65 |
| 06/18/12 | 001022 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Final Distribution | | | 290.63 | | | 15,403.02 |
| 06/18/12 | 001023 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 307.36 | | | 15,095.66 |
| 06/18/12 | 001024 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 171.95 | | | 14,923.71 |
| 06/18/12 | 001025 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 269.49 | | | 14,654.22 |
| 06/18/12 | 001026 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 76.27 | | | 14,577.95 |
| 06/18/12 | 001027 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Final Distribution | | | 103.26 | | | 14,474.69 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 09-01360 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZIESMER, LINDA | | Account Number / CD #: | *******8594 Checking - Non Interest |
| Taxpayer ID No: | *******0695 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8809 | | | | | | | |
| 06/18/12 | 001028 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 292.53 | | | 14,182.16 |
| 06/18/12 | 001029 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 37.49 | | | 14,144.67 |
| 06/18/12 | 001030 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 123.10 | | | 14,021.57 |
| 06/18/12 | 001031 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 8.03 | | | 14,013.54 |
| 06/18/12 | 001032 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 292.87 | | | 13,720.67 |
| 06/18/12 | 001033 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 43.23 | | | 13,677.44 |
| 06/18/12 | 001034 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | | | 150.18 | | | 13,527.26 |
| 06/18/12 | 001035 | The Private Bank and Trust Company Frnacis J Pendergast,lll Esquire c/o Crowley & Lumb, P.C 221 N. LaSalle St. #1550 Chicago IL 60601 | Final Distribution correct creditor name filer notified MJ | | | 12,819.13 | | | 708.13 |

FORM 2

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01360 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ZIESMER, JOHN D. | Bank Name: | BANK OF AMERICA, N.A. |
| | ZIESMER, LINDA | Account Number / CD #: | *******8594 Checking - Non Interest |
| Taxpayer ID No: | *******0695 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/18/12 | 001036 | Grubb & Ellis Co<br>1551 N. Tustin Ave #300<br>Santa Ana CA 92705 | Final Distribution | | | 708.13 | | | 0.00 |

Account *******8594
- Balance Forward: 0.00
- 0 Deposits: 0.00
- 0 Interest Postings: 0.00
- Subtotal: $ 0.00
- 0 Adjustments In: 0.00
- 1 Transfers In: 23,885.82
- Total: $ 23,885.82

- 36 Checks: 23,885.82
- 0 Adjustments Out: 0.00
- 0 Transfers Out: 0.00
- Total: $ 23,885.82

Report Totals
- Balance Forward: 0.00
- 1 Deposits: 24,000.00
- 35 Interest Postings: 13.99
- Subtotal: $ 24,013.99
- 0 Adjustments In: 0.00
- 1 Transfers In: 23,885.82
- Total: $ 47,899.81

- 38 Checks: 23,924.45
- 3 Adjustments Out: 89.54
- 1 Transfers Out: 23,885.82
- Total: $ 47,899.81

Net Total Balance: $ 0.00

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 08/17/12
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT
UST Form 101-7-TDR (5/1/2011) (Page: 20)

Ver: 16.06b